1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC. dba KOHL's #958; GARDEN FRESH RESTAURANT CORP. dba SOUPLANTATION; YACOEL INVESTMENTS, LLC; PANDA EXPRESS, INC. dba PANDA EXPRESS # 1098; PIER 1 IMPORTS (U.S.), INC. dba PIER 1 IMPORTS STORE #1490; YACOEL INVESTMENTS III, LLC; PETSMART, INC., dba PETSMART #1498; YACOEL INVESTMENTS II, LLC; STAPLES THE OFFICE SUPERSTORE, LLC dba STAPLES #1389; TOYS 'R' US-DELAWARE, INC. dba BABIES R US,<br><br>    Defendants. | No. 07 CV 0382BTM  RBB<br><br>**The Hon. Barry T. Moskowitz**<br>(Courtroom 15)<br><br>**ORDER RE DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S MOTION REQUESTING TO BE EXCUSED FROM PERSONALLY ATTENDING EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>*Complaint Filed: March 1, 2007* |

---

Order re Defendant's Request to be Excused from ENE

1  On April 13, 2007, in Room 1185, pursuant to Local Civil Rule 16.1(c)1c, Defendant KOHL'S DEPARTMENT STORES, INC. ("KOHL'S"), requested, through its counsel of record, that the Court excuse KOHL'S "non-lawyer" representative with full settlement authority from personally appearing for the May 2, 2007 Early Neutral Evaluation conference ("ENE") in the above matter.

Having considered the papers submitted in support of the KOHL'S Motion, for good cause shown, the Court excuses KOHL'S "non-lawyer" representative with full settlement authority from personally appearing at the Early Neutral Evaluation Conference on May 2, 2007. KOHL'S representative will be available by telephone throughout the ENE.

**IT IS SO ORDERED.**

Dated: April 18, 2007

_____
MAGISTRATE JUDGE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

Proposed Order Prepared and
Respectfully Submitted by:

**SEYFARTH SHAW LLP**
TODD C. HUNT


By: _____
TODD C. HUNT
Attorneys for for Defendant
KOHL'S DEPARTMENT STORES, INC.,
erroneously sued and served as KOHL'S
DEPARTMENT STORES, INC.
dba KOHL'S #958

LA1 6629996.1