Henry L. Sanchez (SBN 176878)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel: (213) 689-0404
Fax: (213) 689-0430

sanchezh@jacksonlewis.com

Attorneys for Defendant
TOYS 'R' US-DELAWARE, INC.

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>        Plaintiff,<br><br>    vs.<br><br>KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #958; GARDEN FRESH RESTAURANT CORP. dba SOUPLANTATION; YACOEL INVESTMENTS, LLC; PANDA EXPRESS, INC. dba PANDA EXPRESS #1098; PIER 1 IMPORTS STORE #1490; YACOEL INVESTMENTS III, LLC; PETSMART, INC. dba PETSMART #1498; YACOEL INVESTMENTS II, LLC; STAPLES THE OFFICE SUPERSTORE, LLC dba STAPLES #1389; TOYS 'R' US-DELAWARE, INC. dba BABIES R US,<br><br>        Defendants. | Case No.: 07 CV 0382 BTM (RBB)<br><br>**ORDER RE DEFENDANT TOYS 'R' US-DELAWARE, INC.'S MOTION REQUESTING THAT ITS CORPORATE REPRESENTATIVE BE EXCUSED FROM PERSONALLY ATTENDING EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Complaint Filed:   March 1, 2007<br><br>Trial Date:            None Set |

/ / /

/ / /

/ / /

1

Pursuant to Local Civil Rule 16.1(c)1c, Defendant TOYS 'R' US-DELAWARE, INC. dba BABIES 'R' US (collectively "TRU"), requests through its counsel of record, that the court excuse TRU'S "non-lawyer" representative from personally appearing for the May 2, 2007 Early Neutral Evaluation Conference ("ENE").

Having considered the papers submitted in support of TRU's motion, and good cause having been established, the Court excuses TRU's "non-lawyer" representative from personally appearing at the Early Neutral Evaluation Conference scheduled for May 2, 2007. TRU's corporate representative will be available by telephone throughout the ENE.

**IT IS SO ORDERED**.

DATED: April 26, 2007

MAGISTRATE JUDGE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

Proposed Order Prepared and
Respectfully Submitted by:

**JACKSON LEWIS LLP**
HENRY L. SANCHEZ

By: /s/ Henry L. Sanchez
    Henry L. Sanchez

    Attorneys for Defendants
    TOYS 'R' US-DELWARE, INC.