1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

10 UNITED STATES DISTRICT COURT

11 SOUTHERN DISTRICT

12 LARY FEEZOR,                     ) Case No. 07cv0382 BTM (RBB)
                                    )
13      Plaintiff,                  )
                                    ) **~~PROPOSED~~ ORDER RE: JOINT**
14                                  )
        vs.                         ) **MOTION FOR DISMISSAL**
15                                  )
                                    )
16 KOHL'S DEPARTMENT STORES,        )
   INC., et al,                     )
17                                  )
                                    )
18      Defendants.                 )

*Feezor v. Kohl's, et al*                Proposed Order Re: Joint Motion for Dismissal
Case No. 07cv0382 BTM (RBB)

<u>ORDER ON JOINT MOTION FOR DISMISSAL</u>

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant <u>PIER 1 IMPORTS (U.S.), INC. dba PIER 1 IMPORTS STORE #1490 only</u>**, with each party to bear his and its own costs and attorneys' fees

Dated: May 14, 2007

_____
Judge of the District Court