```
1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. 07cv0382 BTM (RBB) |
| Plaintiff, | |
| | **[PROPOSED] ORDER RE: JOINT MOTION FOR DISMISSAL** |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #958, et al, | |
| Defendants. | |

1 ORDER ON JOINT MOTION FOR DISMISSAL

2   Having read the foregoing Joint Motion, and good cause appearing
3 therefore, the Court GRANTS the Joint Motion and dismisses the above-
4 captioned action with prejudice **as to defendant Staples The Office**
5 **Superstore, LLC dba Staples #1389 only.**

6

7 Dated: June 4, 2007           _____
8                                Judge of the District Court

Feezor v. Kohl's Department Stores, et al                Proposed Order Re: Joint Motion for Dismissal
Case No. 07cv0382 BTM (RBB)