1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone: (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6
7
8
9
                    UNITED STATES DISTRICT COURT
10
                        SOUTHERN DISTRICT
11
12 | LARY FEEZOR,                  ) Case No. 07cv0382 BTM (RBB)
13 |                               )
   |         Plaintiff,            )
14 |                               ) [PROPOSED] **ORDER RE: JOINT**
   |    vs.                        )
15 |                               ) **MOTION FOR DISMISSAL**
16 | KOHL'S DEPARTMENT STORES,     )
   | INC. dba KOHL'S #958, et al,  )
17 |                               )
   |         Defendants.           )
18

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant Garden Fresh Restaurant Corp. dba Souplantation only.**

Dated: June 4, 2007

Judge of the District Court