1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III SBN 69773
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   Telephone:  (530) 895-3252
4  Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR, | Case No. 07cv0382 BTM (RBB) |
| Plaintiff, | |
| | [PROPOSED] ORDER RE: JOINT |
| vs. | MOTION FOR DISMISSAL |
| KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #958, et al, | |
| Defendants. | |

1

## ORDER ON JOINT MOTION FOR DISMISSAL

2       Having read the foregoing Joint Motion, and good cause appearing
3  therefore, the Court GRANTS the Joint Motion and dismisses the above-
4  captioned action with prejudice **as to defendant Panda Express, Inc. dba**
5  **Panda Express #1098 only.**

6

7  Dated: June 7, 2007
8                                              Judge of the District Court

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28