UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S DEPARTMENT STORES, INC., et al,<br><br>　　　　Defendants. | Case No. 07cv0382 BTM (RBB)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice **as to defendant KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #958 only.**

Dated: 10/25/07

Judge of the District Court